# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY, et al.,<br>         Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br>         Defendants. | CV 20-4880 DSF (KSx)<br><br>JUDGMENT |

The Court having granted the motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: August 7, 2020

_____
Dale S. Fischer
United States District Judge