Jason C. Wright (State Bar No. 261471)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Tel:  (213) 489-3939
Fax: (213) 243-2539

Christian G. Vergonis (*pro hac vice*)
Ryan J. Watson (*pro hac vice*)
Andrew Bentz (*pro hac vice*)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Tel: (202) 879-3939
Fax: (202) 626-1700

Counsel for Plaintiffs
R.J. REYNOLDS TOBACCO COMPANY;
AMERICAN SNUFF COMPANY, LLC; and SANTA
FE NATURAL TOBACCO COMPANY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY; AMERICAN SNUFF COMPANY, LLC; and SANTA FE NATURAL TOBACCO COMPANY, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> COUNTY OF LOS ANGELES; COUNTY OF LOS ANGELES BOARD OF SUPERVISORS AND HILDA L. SOLIS, MARK RIDLEY-THOMAS, SHEILA KUEHL, JANICE HAHN, and KATHRYN BARGER, EACH IN HIS OR HER OFFICIAL CAPACITY AS A MEMBER OF THE BOARD OF SUPERVISORS, <br><br> *Defendants*. | Case No. 2:20-cv-04880-DSF <br><br> **PLAINTIFFS' NOTICE OF APPEAL** |

1     PLEASE TAKE NOTICE that, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure and 28 U.S.C. § 1291, Plaintiffs R.J. Reynolds Tobacco Company, American Snuff Company, LLC, and Santa Fe Natural Tobacco Company, Inc. hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment entered on August 7, 2020 (Docket No. 45), and all orders affecting the Judgment, including the final Order granting Defendants' Motion to Dismiss and denying Plaintiffs' Motion for Summary Judgment (Docket No. 44).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 4, 2020 | JONES DAY |
|  | By: /s/ *Jason C. Wright* <br>      Jason C. Wright |
|  | Attorney for Plaintiffs <br> R.J. REYNOLDS TOBACCO COMPANY; AMERICAN SNUFF COMPANY, LLC; and SANTA FE NATURAL TOBACCO COMPANY, INC. |