FILED

UNITED STATES COURT OF APPEALS

OCT 30 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| R.J. REYNOLDS TOBACCO COMPANY; et al., Plaintiffs-Appellants, v. COUNTY OF LOS ANGELES; et al., Defendants-Appellees. | No. 20-55930 D.C. No. 2:20-cv-04880-DSF-KS Central District of California, Los Angeles ORDER |
|---|---|

The Clerk is directed to temporarily close this court's docket for administrative purposes only until January 15, 2021. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

If this matter is resolved before January 15, 2021, appellant shall file either a motion or stipulation to dismiss this appeal pursuant to Fed. R. App. P. 42(b).

At any time before January 15, 2021, any party may request that this appeal be reopened.

On or before January 8, 2021, counsel for appellant is requested to contact the mediator by email (jonathan_westen@ca9.uscourts.gov) to report on the status of the case.

FOR THE COURT

By: Jonathan Westen
Circuit Mediator

JW/Mediation